

FILED

MAR 07 2019

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY               DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER M. MENDOZA,<br><br>Plaintiff,<br><br>v.<br><br>J. DOE, Ofc/Deputy Classification;<br>MULTIPLE J. JOES,<br>Ofc/Deputies/Supervisors;<br>DEPUTY MCGUIRE,<br>DeputySheriff/Detention Unit;<br>DEPUTY ANCHO, Deputy<br>Sheriff/Detention Unit,<br><br>Defendants. | Case No.: 16cv2184-WQH-BGS<br><br>**ORDER** |

HAYES, Judge:

The matters before the Court is the Report and Recommendation issued by the Magistrate Judge (ECF No. 153) recommending that this action be dismissed for failure to prosecute, that the motion for summary judgment filed by Defendant Ancho (ECF No. 34) be granted, that the motion for summary judgment filed by Plaintiff (ECF No. 47) be denied, and that the motion to amend filed by Plaintiff (ECF No. 89) be denied.

The duties of the district court in connection with a report and recommendation of a magistrate judge are set forth in Federal Rule of Civil Procedure 72(b) and 28 U.S.C. § 636(b). The district judge must "make a de novo determination of those portions of the

report . . . to which objection is made," and "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b). The district court need not review de novo those portions of a Report and Recommendation to which neither party objects. *See Wang v. Masaitis*, 416 F.3d 992, 1000 n.13 (9th Cir. 2005); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("Neither the Constitution nor the [Federal Magistrates Act] requires a district judge to review, de novo, findings and recommendations that the parties themselves accept as correct.").

No party has filed an objection to the Report and Recommendation. The Court has reviewed the Report and Recommendation, the record, and the submissions of the parties.

IT IS HEREBY ORDERED that the Report and Recommendation (ECF No. 153) is adopted in its entirety.

IT IS FURTHER ORDERED that the motion for summary judgment filed by Defendant Ancho (ECF No. 34) is GRANTED. The motions for summary judgment filed by Plaintiff (ECF Nos. 47, 114) are DENIED. The motion to amend filed by Plaintiff (ECF No. 89) is DENIED. The motion requesting a bench trial filed by Plaintiff (ECF No. 109) is DENIED. The motion to dismiss for lack of prosecution filed by Defendant Ancho (ECF No. 151) is GRANTED. The Clerk is ordered to enter judgment in favor of all defendants and against Plaintiff, and to close the case.

DATED: 3/7/19

_____
WILLIAM Q. HAYES
United States District Judge